UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHENETA CAMPBELL, on behalf
of herself and others
similarly situated,

      Plaintiff,

v.                              Case No: 2:15-cv-525-FtM-99CM

GULF CARE, INC., a Florida
not for profit corporation,

      Defendant.

_____

## OPINION AND ORDER

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #31), filed October 12, 2016, recommending that the parties' Amended Joint Motion for Approval of an FLSA Settlement Agreement and for Dismissal With Prejudice (Doc. #26), as supplemented by the Notice of Compliance (Doc. #30), be granted, the (second) settlement agreement be approved, and the case dismissed with prejudice.  The parties filed a Joint Notice of Non-Objection to Report & Recommendation (Doc. #32) indicating no objection.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. §

636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983).   In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.   28 U.S.C. § 636(b)(1)(C).   The district judge reviews legal conclusions *de novo*, even in the absence of an objection.   See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1.   The Report and Recommendation (Doc. #31) is hereby **adopted** and the findings **incorporated** herein.

2.   The parties' Amended Joint Motion for Approval of an FLSA Settlement Agreement and for Dismissal With Prejudice (Doc. #26) is **granted,** and the Settlement Agreement and Mutual Release

(Doc. #30-1) is approved as a fair and reasonable resolution of a bona fide dispute.

3.    The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___13th___ day of October, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties